AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>23-8185MB | Date and time warrant executed:<br>4/19/2023 9:57 am | Copy of warrant and inventory left with:<br>USPS |
| Inventory made in the presence of :<br>POSTAL INSPECTORS KEENAN AND MURROW | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>USPS EXPRESS MAIL PARCEL TRACKING NO. EJ 716 945 965 US, ADDRESSED TO MARIA JOHNSON, 2011 N. 51ST ST APT 10, PHOENIX, AZ 85008 WITH A RETURN ADDRESS OF PATRICK JOHNSON, 9329 HARTWELL ST, DETROIT, MI 48228 FOUND TO CONTAIN APPROXIMATELY 644.6 GRAMS OF PROMETHAZINE. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   04/19/2023

*Miranda Garcia*
Executing officer's signature

Miranda Garcia/U.S. Postal Inspector
*Printed name and title*